IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHERI WELCH, | : | |
| Petitioner, | : | |
| | : | Case Nos. 3:07CV0005 |
| | : | 3:90CR0098 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JULY 24, 2008 (Doc. #134); DENYING WITHOUT PREJUDICE PETITIONER CHERI WELCH'S MOTION (Doc. # 131); DIRECTING THE CLERK OF COURT TO TRANSFER THE MOTION (Doc. # 131), A COPY OF THE REPORT AND RECOMMENDATIONS (Doc. #134), AND A COPY OF THIS DECISION AND ENTRY TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FORT WORTH, TEXAS FOR FILING IN <u>CHERI WELCH, Petitioner v. UNITED STATES BOP's,</u> *et al.*, 4-07-cv-536-Y**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #134), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 24, 2008 (Doc. #134) is

    ADOPTED in full; and

2. Petitioner's Motion (Doc. #131) is DENIED without prejudice;

3. The Clerk of Court is directed to transfer Petitioner's Motion (Doc. #131), a copy of the Report and Recommendations (Doc. #134), and a copy of this Decision and Entry to the United States District Court, Northern District of Texas, Fort Worth, Texas for filing in the case captioned <u>Cheri Welch, Petitioner v. United States BOP's, et al.,</u> 4-07-CV536-Y.

                 */s/ Walter Herbert Rice*
                 Walter Herbert Rice
                 United States District Judge